FILED
N/S

2013 FEB -7 PM 2: 54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY: _____

1  Louis Carroll
2  363 W 3rd St.
   Perris 92570
3  California
   (951) 657-2027
4  Pro per

LOUIS CARROLL @ VERIZON. NET
FAX  951 657-0180

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ED  CV  13 - 00243  VAP
(DTBX)

Louis Carroll
        Plaintiff                    )
                                     )
    vs.                              )
                                     )
    Defendants:                      )   Docket #
    OCRPERFORMANCE                   )
    DAVIES CRAIG                     )
    MISHIMOTO                        )
    AMAZON                           )
    VR SPEED                         )
    MUDFLAPS                         )   COMPLAINT FOR COPYRIGHT
    JSC SPEED                        )   AND TRADE DRESS
    IRP IMPORT REPLCAMENT PARTS      )   INFRINGEMENT
    ASSAULTECH                       )
    CIRCUITMOTORSPORTS               )
    TUNERSPORTS                      )   Hearing Date:
    R/T TUNING SPEED SHOP            )   Time:
    XTR PERFORMANCE                  )
    CLUTCHFLYWHEEL INC               )
    BONEHEAD PERFORMANCE             )
    CAPT WHOLESALE                   )   DEMAND FOR JURY TRIAL
    JDM ENGINE IMPORTS               )
    RACEWAY                          )
    SCOOBYTUNER
    AMERICAN MUSCLE
    Does 1-10
        Defendants

Louis Carroll

1

**NATURE OF THE CASE**

2   1.      This is an action by Louis Carroll, inventor of ThermoCap, to recover damages

3   arising from copyright and trade dress infringement by defendants Mishimoto, Davies

4   Craig and their distributor / retailer associates and does 1-10, and to stop all defendants

5   from future infringement against Louis Carroll, plaintiff in this case. Defendants are in pos-

6   session of, and are selling a direct copy of Plaintiffs ThermoCap product in the USA.

7   Plaintiff has reason to believe that this activity has been going on since early 2007.

8

9

10   **JURISDICTION AND VENUE**

11   2.      This Court has subject matter jurisdiction over plaintiff's claims for copyright and

12   infringement and related claims pursuant to 17 U.S.C. §§ 101, et. seq., and 28 U.S.C. §§

13   1331 and 1338(a).

14

15   3.      This Court has supplemental jurisdiction over Plaintiff's claims arising under the

16   laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to

17   Plaintiff's claims under Federal Law that they form part of the same case or controversy

18   and derive from a common nucleus of operative fact.

19

20   4.      The Court has personal jurisdiction over all Defendants based in the United States.

21   All Defendants solicit, transact, and are doing business within the State of California and

22   have committed unlawful and tortuous acts both within and outside the State of California

23   causing injury in California. Plaintiff's claims arise out of the conduct that gives rise to per-

24   sonal jurisdiction over Defendants. Defendant OC Race Shop aka OC Performance is

25   based in Laguna Niguel, CA.

26

27   5.      This Court has personal jurisdiction over Australian based Defendant Davies Craig,

28   under Federal Rules of Civil Procedure Rule 4(k)(2), because Davies Craig is not subject

1   to jurisdiction in any particular state, and exercising jurisdiction is consistent with the

2   United States Constitution and United States laws. Additionally, The Central District is the

3   closest district to Australia.

4

5   6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(2) and 1400(a).

6

7                              **PARTIES, Plaintiff**

8   7.      Plaintiff Louis Carroll, is an inventor and resident of California residing at 363 W

9   3rd St. Perris CA 92570. Louis Carroll, hereinafter "Plaintiff" invented ThermoCap in early

10  2005. ThermoCap is a flamboyant, chromed, robust looking radiator cap that features an

11  integrated mechanical thermometer, which indicates the coolant temperature of a radiator.

12  A picture of plaintiffs ThermoCap invention is attached herein as exhibit 1.

13          Plaintiff envisioned and designed ThermoCap, and secured manufacturing in China

14  during 2005. Plaintiff launched the ThermoCap product at the SEMA trade show in Las

15  Vegas on November 1st, 2005.

16

17                              **PARTIES, Defendants**

18  8.      All defendants are companies that are soliciting and transacting sales of rogue ille-

19  gal copies of ThermoCap in California, and elsewhere in the USA. These sales are being

20  fulfilled through a network of distributors and dealers throughout the USA, and are being

21  solicited by use of their respective websites depicting pictures of the infringing

22  ThermoCaps for sale. These infringing ThermoCaps bear the name "CPC Auto" or

23  Mishimoto on their meterfaces.

24

25  9.      Upon information and belief, defendant Davies Craig appears to be the major sup-

26  plier of the infringing ThermoCaps to all other defendants, except defendant Mishimoto.

27  Defendant Mishimoto appears to be attaining infringing ThermoCaps by some other

28  method.

1  10.    The true names of those Does 1-10 are unknown to plaintiff at this time. Through

2  the process of discovery, the names of additional sellers of infringing ThermoCaps may

3  become apparent and plaintiff will seek leave of this court to amend this complaint with

4  their true names when ascertained. Plaintiff is informed, and believes, and based thereon,

5  alleges that does 1-10 should also be subject to the relief requested herein.

6

7                                        **BACKGROUND**

8  11.    Plaintiff Louis Carroll has a background in physics and mechanical engineering,

9  and was educated at Cal State Fullerton. Plaintiff invented and created the ThermoCap

10  radiator cap during the year 2005. Plaintiffs design drawing is included as Exhibit 2.

11

12         ThermoCap is bold radiator cap that has an integrated meter that indicates the

13  temperature of the coolant in a radiator. The design features a thick chromed body, a trim

14  ring on top that comes in a variety of colors and an artistically designed meterface cali-

15  brated in fahrenheit and celsius degrees. The meterface also features a "flame design"

16  and a color coded circular temperature design. There are two basic sizes. ThermoCap

17  comes in a large "domestic" size that measures approximately 2" in diameter, and fits

18  most american made vehicles. ThermoCap also comes in a small "import" size that meas-

19  ures approximately 1.5" in diameter and fits most Honda's, Toyotas, Nissans and other

20  import vehicles. The Import size also fits most all terrain vehicles such as "quads" and

21  motorcycles that are watercooled. ThermoCaps are also available in a variety of pressure

22  ratings from 7 lbs. to 24 lbs.

23

24  12.    Plaintiff secured an agreement with NINGBO HONGYUAN PLASTIC CO,.LTD, in

25  Ningbo China to build the ThermoCaps in China, and export the finished products to

26  plaintiff in Perris CA. Plaintiff envisioned and created the meterface design, the non func-

27  tional trim ring design, the ThermoCap body (large and small) shape and depth, and

28

1  numerous internal parts for the ThermoCap invention. Plaintiff also designed the clam-

2  pack insert cards, depicting the artwork and product details.

3

4  13.     ThermoCap was successfully launched at the SEMA trade show on November 1st,

5  2005, in Las Vegas NV. Plaintiff secured a distribution agreement with a prominent com-

6  pany called Mr Gasket in Cleveland OH. Mr Gasket is now owned by Prestolite

7  Performance, and the agreement to distribute ThermoCaps in the USA still exists with

8  essentially the same good people. ThermoCap has gained good success in the market-

9  place since 2005, and is available at automotive chain stores and internet retailers.

10

11                    **DEFENDANT DAVIES CRAIG INVOLVEMENT**

12  14.     Davies Craig is a Australian based company, doing business in California and the

13  USA, and other overseas countries. Their official description is: Davies Craig Pty Ltd

14  77 Taras Avenue, Altona North, Victoria, 3025. Australia (Registered Office) Company

15  ABN. No.71 004 918 825. John Benson, is the Sales and Marketing Manager for Davies

16  Craig.

17

18  During the year 2006, plaintiff was contacted by Australian company CPC Auto. CPC Auto

19  requested to purchase ThermoCaps from Plaintiff with a private label designed for them.

20  Plaintiff created the private label version of ThermoCap for CPC Auto by adding the small

21  CPC Auto logo to the meterface, and by creating the packaging artwork and product

22  details for the package insert cards. CPC Auto began placing orders for ThermoCaps on

23  June18th 2006. These ThermoCaps were primarily sold in Australia and New Zealand.

24

25  15.     Shortly after, CPC Auto requested a new private label version ThermoCap for their

26  newly attained customer, Davies Craig, also an Australian company. Plaintiff created new

27  artwork for the packaging and the actual ThermoCap product was not changed from the

28  CPC Auto version. This Davies Craig private label ThermoCap still features the CPC Auto

1  logo on the meterface. CPC Auto placed their first and only order for 1080 units of the

2  Davies Craig version of ThermoCap on February 2nd. 2007. This was a relatively small

3  order and would typically be sold within a month or two.

4

5  16.    Plaintiff received two additional orders from CPC Auto for the CPC Auto private

6  label ThermoCaps on 7-10-08 and 6-22-09. Plaintiff has not received any additional

7  orders from CPC Auto since 6-22-09. As of the date of this complaint, Davies Craig is still

8  selling ThermoCaps in the USA, some five (5) years since their small order was filled. As

9  alleged by plaintiff, these are infringing copies of authentic ThermoCaps.

10

11  17.    Plaintiff sent an email claiming the infringement to Davies Craig headquarters in

12  Australia on 10-4-12. Sales Manager for Davies Craig John Benson responded and stat-

13  ed that Davies Craig purchases their ThermoCaps from CPC Auto in Australia. There was

14  no indication in the response that the sales would stop. To date, Davies Craig continues

15  to solicit sales of the infringing ThermoCaps directly and indirectly through their retailers.

16

17  18.    Plaintiff just recently purchased a Davies Craig ThermoCap from a Davies Craig

18  independent dealer, as evidence of this infringing activity. Upon plaintiffs information and

19  belief, Davies Craig is selling these infringing ThermoCap to a network of dealers across

20  the USA including defendant OCR Performance in California. Plaintiff has compiled a par-

21  tial list of these dealers and has included them in this complaint as defendants.

22

23                    **DEFENDANT MISHIMOTO'S INVOLVEMENT**

24  19.    Upon plaintiffs information and belief, Mishimoto is a company started by Mike

25  Sullivan from San Diego CA. However, their official mailing address is named via their

26  website as Mishimoto Automotive, PO box 8250, Wilmington DE 19803

27

28  20.    In December 2008, Plaintiff became aware that defendant Mishimoto was selling

1  an infringing copy of plaintiffs ThermoCap invention in the USA. Plaintiff sent a mild cease

2  and desist letter to Mishimoto owner or president Mike Sullivan. Mr. Sullivan initially

3  agreed to cease selling the infringing ThermoCaps and sell only plaintiffs authentic

4  ThermoCaps by signing an agreement with plaintiff on 12-8-08, attached herein as exhibit

5  3.

7  21.    Mishimoto began placing orders for ThermoCaps with plaintiff on 10-21-09.

8  However Mishimoto's last order was placed with Plaintiff was on 5-4-12. Plaintiff has not

9  filled any orders for Mishimoto since then. In fact, three recent purchase orders from

10  Mishimoto for ThermoCaps have been cancelled by Mishimoto. The purchase order num-

11  bers are #1501 for #110 units, #1535 for #100 units, and 1560 for 130 units. These pur-

12  chase orders were issued by Mishimoto to plaintiff between May and June 2012. The

13  deliveries were cancelled by Mishimoto via email on 9-28-12 stating the reason (via

14  email), "we have a 312 day supply on hand".

15  22.    Plaintiff has noticed that Mishimoto is currently selling both the import and domes-

16  tic sized ThermoCaps. However, plaintiff has not supplied any domestic sized

17  ThermoCaps to Mishimoto at any time. Plaintiff alleges that this is an infringing copy of

18  plaintiffs ThermoCap. Even though Mishimoto was previously warned that ThermoCap is

19  protected intellectual property, they do not seem to care.

## INVOLVEMENT OF ALL OTHER DEFENDANTS OTHER THAN
## MISHIMOTO AND DAVIES CRAIG

23  23.    All other defendants except Davies Craig and Mishimoto appear to be retailers sell-

24  ing the Davies Craig infringing version of ThermoCap. These defendants may not be

25  aware that the Davies Craig ThermoCap is an infringing copy of plaintiffs authentic

26  ThermoCap product. This list of these retailer defendants is a follows:

28  THMotorsports

1  THMotorsports Inc.

2  EDWARD A LICHSTEIN

3  5631 Dempster St.

4  Morton Grove, IL 60053

5

6  Amazon

7  Amazon.com, Inc.

8  410 Terry Avenue North

9  Seattle, WA 98109-5210

10

11  or:

12  Amazon Legal Department

13  P.O. Box 81226

14  Seattle, WA 98108

15  phone: (206) 266-4064

16  fax: (206) 266-7010

17

18  Trends Auto

19  TRENDS AUTO

20  P.O. BOX 292

21  Greenville, WI  54942

22

23  VR Speed

24  VR Speed Factory

25  469 River Rd Unit 1

26  Hudson, MA 01749

27

28  Mudflaps

1   12900 Stroh Ranch Way

2   Suite 120

3   Parker, CO 80134

4   1-720-242-7322

5

6   JSC Speed

7   510 Hyde Park

8   Doylestown, PA 18902

9

10  OC Race shop or OC Performance

11  Alex Zokaeiyazdi

12  25962 Pasofino

13  Laguna Niguel, CA 92677

14

15  IRP Import Replacement Parts

16  Michael Tufts

17  16000 Mill Creek Blvd.

18  Suite# 203

19  Mill Creek, WA 98012

20

21  Assaultech

22  Dick, Eric

23  AssaulTECH LLC

24  3313 Sunny Meadows Ct

25  Birmingham, Alabama 35242

26

27  Circuit Motorsports

28  PO Box 197091

1   Winter Springs FL 32719

2

3   Tunersports

4   Tunersports Inc.

5   Justin Jermacans

6   2669 Shillington Rd # 120

7   Sinking Spring, PA 19608

8

9   RT Tuning

10   Vince Hafner

11   635 West 3rd St.

12   Lansdale, PA 19446

13

14   XTR Performance

15   Chris

16   762 Fairfield Avenue

17   Kenilworth, NJ 07033

18

19   Clutchflywheel Inc.

20   ClutchFlywheel Inc.

21   5631 Dempster

22   Morton Grove, IL 60053

23

24   Bonehead Performance Parts

25   Bonehead Performance Inc.

26   1836 Stout Dr. Unit # 18

27   Warminster, PA 18974

28

1    Captwholesale

2    PO BOX 801615

3    ACWORTH, GA 30101

4    888-388-4998

5

6    JDM Engine Imports

7    1352 Talley Circle

8    Colorado Springs, CO. 80904

9

10   RaceWay parts

11   ATTN RACEWAYPARTS.COM

12   Care of Network Solutions

13   PO Box 459

14   Drums, PA 18222

15

16   Scoobytuner

17   CarTruckTuner,LLC

18   13647 S Farmhollow Ln

19   Draper, Ut 84020

20

21

22                              **FACTS**

23   24.    Plaintiff invented the design for ThermoCap in 2005. Plaintiff launched the product

24   at the SEMA trade show in Las Vegas NV on November 2005. Plaintiff began selling

25   exclusively to Mr Gasket, now owned by Prestolite Performance under a distribution

26   agreement. Prestolite successfully placed the product in thousands of retail stores across

27   the USA.

28

25.     Defendant Davies Craig had access to plaintiffs artwork for the meterface and package designs, because plaintiff had sent digital copies to their agent (supplier) CPC Auto for final approval before printing and production. A copy of the Davies Craig artwork is attached herein as exhibit 4.  The Davies Craig artwork for packaging was designed by plaintiff on or about 12-13-06.

26.     Mishimoto is selling the large domestic sized ThermoCap in violation of plaintiffs trade dress rights. Plaintiff has never supplied any authentic ThermoCaps of this domestic size to Mishimoto.

27.     Plaintiff has never authorized the defendants named herein or any entity to manu-facture, produce, solicit or sell infringing copies of ThermoCaps at any time.

28.     Defendants have incurred a financial gain from infringing upon plaintiffs property rights. Plaintiff cannot know the full extend of the infringement or damages without discov-ery.

29.     Plaintiff recently attained copyright registration regarding the meterface designs for the domestic size and the import size of ThermoCap. The registration number is VA 1-843-489.

### DEFENDANTS INFRINGING CONDUCT

30.     All defendants are engaged in soliciting and selling infringing copies of ThermoCaps in California and across the USA. By the foregoing acts defendants have directly and contributorily infringed upon plaintiffs trade dress rights and/or copyrighted work, violating his exclusive rights as provided by 17 USC section 106, 501.

### CLAIMS FOR RELIEF

## COUNT 1

### Copyright Infringement 17 USC section 501

31.     All allegations set forth in paragraphs 1 through 31 are incorporated herein by reference.

32.     At all times relevant hereto, plaintiff has been the creator, and owner of the meterface designs for the large and small Davies Craig private label ThermoCaps, and their associated package insert cards. These designs are attached herein as exhibits 4. All defendants except Mishimoto are marketing, selling and profiting from infringing copies of ThermoCaps that are using exact copies of plaintiffs meterface design and package design. The defendants use of plaintiffs meterface design is very likely to cause confusion in the marketplace. Mishimoto is the only defendant who is using their own artwork for their package inserts, and they are using their own meterface artwork.

## COUNT 2

### Trade dress infringement, Lanham Act

33.     ThermoCap was originally designed to look like no other radiator cap. The trim ring was added to the top of the crown as a purely aesthetic non functional item, to give ThermoCap a distinctive look. The trim ring contains no brand information and is an adornment that is available in silver, blue, red, black, or gold. Regarding the large ThermoCap, the trim ring is attached to the body using two small silver rivets oriented diagonally with respect to the meterface orientation. The orientation of the rivets is unique to the design of large ThermoCap. For the few manufacturers who are using a plate held by rivets, the plate invariably serves the purpose of holding brand information, and the rivets are used in a top/bottom, or Left/right orientation, or an adhesive is used.

34.     The small ThermoCap uses 4 rivets, and is also unique among radiator caps. For the few manufacturers who are using a plate that holds brand information, they are using

1  only two rivets in a top/bottom, or Left/right orientation, or they are using an adhesive.

2

3  35.    ThermoCap was also designed to look, bigger, and more robust, by using a taller

4  5/8" thick body. The tall body is chrome plated and the shear thickness of the body is dis-

5  tinctive. No other radiator cap has the thickness of genuine ThermoCap. Both the Large

6  (domestic size) and the small (import size) incorporate the tall 5/8" body in it's aesthetic

7  design.

8

9  36.    All defendants including Mishimoto are marketing, selling and profiting from infring-

10  ing ThermoCaps that violate plaintiffs trade dress rights under the Lanham act, specifical-

11  ly 15 USC section 1125.

12

13

14                                   **PRAYER**

15  37.    WHEREFORE the Plaintiff demands judgement and relief against the Defendants,

16  jointly and severally, as follows:

17

18  a)     Injunctive relief granted to prevent and restrain all defendants and their agents

19  from further infringement of plaintiffs copyright and trade dress rights pursuant to 17 USC

20  section 502.

21

22  b)     A judgement be entered against all defendants in favor of plaintiff for actual or

23  statutory damages caused by each defendant pursuant to 17 USC section 504(c). The

24  damage amounts are to be determined at trial through discovery.

25

26  c)     A judgement that all defendants be required to pay plaintiff's applicable legal fees

27  and expenses of this action as they accrue along with interest, as provided by 17 USC

28  section 505.

d)      A judgement that plaintiff be awarded all such other and further relief that the court deems fair and just in this action.

**JURY DEMAND**

38.      Plaintiff Louis Carroll demands a trial by jury of issues triable by jury.

_Louis Carroll_

2-7-13

Louis Carroll, Plaintiff.

## Exhibit List

**Exhibit 1**, picture of Large ThermoCap and Small ThermoCap.

**Exhibit 2**, Design drawing of ThermoCap, large and small

**Exhibit 3**, Mishimoto Agreement to cease and desist from selling infringing ThermoCaps and to begin purchasing authentic ThermoCaps from plaintiff for purpose of resale.

**Exhibit 4**, Picture showing the Davies Craig package and meterface artwork, as produced by plaintiff, and currently being used by Davies Craig.

Exhibit 1, pictures of large and small ThermoCaps

Large ThermoCap top view



Small ThermoCap angle view



Large ThermoCap angle view



Large ThermoCap side view



Small ThermoCap top view



Exhibit 2, design drawings

ThermoCap design dimensions
Domestic large size



2.32" overall width at octogon side
2.02″ minimum tab spacing
1.55"
.805"
.040"
.15″
Upper seal
Escape to
overflow bottle
.8125"   .6"
Lower seal
Low pressure area
.71
High pressure area
1.535"
.24 probe cover diameter

ThermoCap design dimensions
Import small size



1.805" overall width
1.535" minimum tab spacing
1.167"
.725"
.040"
.15″
Escape to
overflow bottle
.73"
Low pressure area
.60
High pressure
area
1.14"
.24
probe cover
diameter
Lower sealing washer
Original diameter .616
Revised diameter .771

**Exhibit 3, Mishimoto agreement to ceast and desist**

**LC Enterprises**
303 W 3rd Street, Perris, CA 92570
Business (951) 940-6069, Facsimile (951) 657-0190
http://www.lcenterprises.com
sales@lcenterprises.com

**LCenterprises**
from concept to reality

Date: 12-10-08
To: Mishimoto
Re: Agreement to sell ThermoCap

Purpose of agreement:

1) To start friendly relations between Mishimoto, Prestolite Performance and LC Enterprises regarding the selling of ThermoCap in a legal manner

2) To sell ThermoCap, with the help of Mishimoto, to markets not currently penetrated by Prestolite Performance in North America.

3) To begin to explore selling/marketing opportunities for each others products in markets not currently mutually enjoyed.

Since ThermoCap is a patent protected product and has already penetrated the larger auto chain supply market, we could agree to Mishimoto selling ThermoCap under the following conditions:

1) Accept the Prestolite Performance wholesale price of $9.99 per unit, plus shipping.
2) Avoid selling to the large auto supply chains that Prestolite Performance is currently selling to, Such as Autozone, O'Reilly Auto Parts, Advance Auto, Pep Boys, and others. A full disclosure of Prestolite Performance's current markets for ThermoCap is to be listed in a separate addendum.
3) Keep the retail price to the consumer at $24.95 or above, in order to keep the current ThermoCap retailers from being hurt by unfair pricing.
4) Submit your ThermoCap orders to LC Enterprises under payment terms to be described in a separate addendum.
5) This agreement automatically terminates 1 year from the signature date, but can be renewed prior to that date by all parties by signing a new agreement.

LC Enterprises can produce ThermoCap with a custom printed Mishimoto interface and a custom clamshell insert card. Additional revisions to current packaging are also available, and ultimate wholesale pricing may be affected.

LC Enterprises can arrange to ship directly to Mishimoto, to avoid handling and shipping expenses by Prestolite Performance.

In the case of "uncontrollable or unforeseen" issues that may affect the supply or pricing of ThermoCap, the parties agree that this agreement may be modified by mutual agreement or cancelled early, by any party to this agreement, with 60 days written notice.

In the spirit of good business cooperation, we hope that this opening agreement can lead to new beneficial opportunities for the parties involved.

Mishimoto _____ Date 2/25/2009

Prestolite Performance _____ Date _____

LC Enterprises _____ Date _____

**Exhibit 4, Davies Craig artwork, designed by plaintiff**



## ThermoCap

**ENHANCED SAFETY:** knowing your coolant temperature can help prevent burn injuries. ThermoCap, with its built in thermometer indicates the coolant temperature even when the ignition is OFF.

Never attempt to remove ThermoCap when the coolant temperature is in the red or yellow zone. If the coolant is hot, then thoroughly rinse the radiator with cool water, until the coolant drops well into the green zone. The cap can then be removed with a reasonable level of safety.

**COOLING SYSTEM DIAGNOSIS:** ThermoCap can also assist with diagnosis fo cooling system problems. For example, if the vehicle temperature gauge is reading hot, but the ThermoCap is comparatively cooler, then this may indicate a faulty closed thermostat. On the other hand, if the vehicle temperature is reading hot and the ThermoCap indicates similarly, then the cooling system should be checked without delay.

If your vehicle is fitted with an Electric Water Pump (EWP®), the operation of your EWP® can be monitored as the coolant temperature drops after hot engine shut down.

ThermoCap's integrated coolant reclamation valve works great with your coolant recovery system. The radiator can reclaim coolant from the overflow bottle.

• Indicates coolant temperature in radiator • Enhances Safety
• Assist cooling system fault diagnosis • Integrated coolant reclamation

|  LARGE SIZE |  SMALL SIZE |
|---|---|
| ☐ 1401 - 90 KPa (13 psi) | ☐ 1404 - 90 KPa (13 psi) |
| ☐ 1402 - 110 KPa (16 psi) | ☐ 1405 - 110 KPa (16 psi) |
| ☐ 1403 - 138 KPa (20 psi) | |



**DAVIES, CRAIG** PTY. LTD.

INNOVATION · QUALITY · RANGE

US and Foreign patents pending. All right reserved. Distributed by Davies.Craig Pty Ltd.
For more information, visit www.daviescraig.com.au

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☒)

Louis Carroll

**DEFENDANTS**

OCR PERFORMANCE, DAVIES CRAIG, MISHIMOTO AND MORE PLEASE SEE COMPLAINT

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Louis Carroll   951 657-2027
363 W. 3rd St.
Perris CA 92570

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☒4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☒3 | Foreign Nation | ☐6 | ☒6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☐ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

INFRINGEMENT OF COPYRIGHT + TRADEDRESS RIGHTS

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

ED CV 13 - 00243 VAP (DTBx)

**FOR OFFICE USE ONLY:**   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

FEB - 7 2013

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY<br>RIVERSIDE | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE COUNTY | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

X. SIGNATURE OF ATTORNEY (OR PRO PER): _Louis Carroll_     Date 2-7-13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Virginia A. Phillips and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## EDCV13- 243 VAP (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[✓] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)        NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY