Louis Carroll (pro per plaintiff)
363 W 3rd St
Perris CA 92570

Tel: 951 657 2027
Fax: 951 657 0180

FILED
2013 MAR 18 PM 2:05
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Louis Carroll

Plaintiff(s),

v.

OCR Performance, Davies Craig, Mishimoto, Amazon, VR Speed, Mudflaps, JSC Speed, IRP Import, Assaultech, Circuit Motorsports,....et al, plus does 1-10

Defendant(s).

CASE NUMBER

ED CV 13-00243 VAP (DTBx)

NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) Mishimoto, Amazon, Assaultech LLC, Bonehead Performance Inc., XTR Performance, RT Tuning
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Louis Carroll.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

3-18-13
Date

*signature*
Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)